IN THE UNITED States Dist. Court
For The Northern Dist. of California

plaintiF                                    4-18-13
DEAN (Dino) M. Stevens
Defendant Vs.
KATHLEEN Colleen Deathrow Appellet ATT. et, al
Appellet Attorneys Association et, al

42 U.S.C. 1983

FILED MAY -8 P 12:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

SBA

## CV 13 2112

Legal Claims. I
KATHLEEN Colleen working under Color oF Athority oF State LAW. Did Forge plaintiff's NAME Dean (Dino) M Stevens. on Deathrow INMATE Richard Dean Clarck's Appellet Case, and was Found Gilty oF Doing said Forgery in S.F. Fed Court. Defendant clerly stated she Forged plaintiff name because she's aginst Death penalty.

Claim # II
plaintiff Dean (Dino) M. Stevens is in MENDOcino Co Jail where Deathrow inmate Richard Dean Clarck's Case Accurred

Claim III plaintiFF Dean (Dino) M. Stevens is in Fact At this Time Being Subjected To Torture Crule and unusial punishment. Jail staFF is Telling inmates Allen Crow, louie Stevens, and other inmates That I Have an M.C.I. # (male Confidential informent) Labeling me as a (snich)(informent) so I will Be Killed.

page #2 Claims For Relief.        4-18-13

**#I** plaintiff Seeks Fed Marshels To Transfer plaintiff From mendocino Co Jail as my life is in Danger of Death, mentel Torture,

**#II** plaintiff ask the Fed Court to Subpena said Defendt's Kathleen Colleen and Appelit Att. Director For Death Row inmate Richard Dean Clarck.

**#III** plaintiff seeks monetary Dameges in the Amount of Five million Dallars U.S..

**#IIII** plaintiff Respectfuly Requests Court Apointed Attorneys in said Case

**#IIIII** plaintiff Ferther Requests that mendocino County Head sheriff Be Subpenad To Fed Court

plaintiff Respectfuly Requests For the sixth Ground For Relief That Fed Court order A P.R.O. permanit Restraining ORDER Against mendocino sheriffs Dpt and Defendant Colleen a Dupity Bradly Duncan Jaimes as He also Told other inmates that I Have an MCI # see stevens Vs. sheriff Tim Shay Dupity James et al

Motion To proseed in Formia pauperis

It would be A Hardship and A Grait Burden As plaintiff claims He is on SSI Disability SSI # 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 DOB 4-7-67 Dean (Dino) m Stevens SantaRosa CA 95403

plaintiff claims A Bank Account at BofA in SantaRosa Calif Codding Town Branch

plaintiff asks For Copies of this filling as well as E filling. as mendocino Co Jail staff Dupitys will not give Bank statments or Copies

as I Requested from my Bank A statment not yet Recived.

plaintiff claims To Have Aprox, $500.00 in Trust Account at present Time

plaintiff ask Respectfuly that Court send Copies To Defendants at County Board of supervisers office and mendocino County Jail and Subpanas

thanks For your Time    4/18/13

signed under penalty of perjury

Dean Stevens

I give Fed Court Full access To All Records stated Herein



Dean (Dino) M Stevens 50184
951 Low Gap Rd
Ukiah Ca, 95482

MENDOCINO COUNTY JAIL
OUTGOING MAIL

United States Dis. Court For THE
Northern District of California
600 Golden Gate Ave.

San Francisco CA, 94102-3221

RECEIVED
2013 APR 29 P 3
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Legal mail